

Peter T. Shapiro
77 Water Street, Suite 2100
New York, New York 10005
Peter.Shapiro@lewisbrisbois.com
Direct: 212.232.1322

December 23, 2022

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/23/2022

**VIA ECF**
Hon. Robert W. Lehrburger
United States Magistrate Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

      Re:    *Maddy v. Making It Big, Inc.*
                Case No. 22-cv-07369-PAE-RWL

Dear Judge Lehrburger:

      I represent the defendant in this matter. I write with the consent of plaintiff's counsel to request that the time for defendant to move, answer, or otherwise respond to the Complaint be extended from December 23, 2022 to January 23, 2022, and that the initial pretrial conference scheduled for January 3 be adjourned to a date convenient to the Court after January 23. This is defendant's second request for an extension of time to respond to the Complaint, and defendant's first request to adjourn the conference. The basis for our request is that the parties are actively engaging in settlement discussions and hope to focus on that goal in lieu of litigation. Thank you for your attention to this matter.

Respectfully,

*Peter T. Shapiro*

Peter T. Shapiro of
LEWIS BRISBOIS BISGAARD & SMITH LLP

The request for an extension to respond to the complaint is granted; the new deadline is January 22, 2023. The request to adjourn the initial pretrial conference is also granted. The conference will be rescheduled.

SO ORDERED:

12/23/2022

_____
HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

ARIZONA • CALIFORNIA • COLORADO • CONNECTICUT • DELAWARE • FLORIDA • GEORGIA • ILLINOIS • INDIANA • KANSAS • KENTUCKY • LOUISIANA
MARYLAND • MASSACHUSETTS • MINNESOTA • MISSISSIPPI • MISSOURI • NEVADA • NEW JERSEY • NEW MEXICO • NEW YORK • NORTH CAROLINA
OHIO • OREGON • PENNSYLVANIA • RHODE ISLAND • TENNESSEE • TEXAS • UTAH • VIRGINIA • WASHINGTON • WASHINGTON D.C. • WEST VIRGINIA
4879-4239-6230.1