```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  1/25/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
VERONICA MADDY                                              :
                                                            :     22-CV-7369 (PAE) (RWL)
                          Plaintiff,                        :
                                                            :
            - against -                                     :     **ORDER**
                                                            :
MAKING IT BIG, INC.                                         :
                                                            :
                          Defendant.                        :
                                                            :
------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

    In light of the parties' letter at Dkt. 18, the Initial Pretrial Conference scheduled for tomorrow, January 26, 2023, is adjourned *sine die*.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: January 25, 2023
       New York, New York

Copies transmitted this date to all counsel of record.